

# NUMBER 13-14-00122-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

ALBERTO'S PRODUCE LLC,                             **Appellant,**

**v.**

MAXIM PRODUCTION CO. INC.,                         **Appellee.**

---

### On Appeal from the 329th District Court
### of Wharton County, Texas.

---

# MEMORANDUM OPINION

### Before Justices Rodriguez, Garza, and Benavides
### Memorandum Opinion Per Curiam

Appellant, Alberto's Produce LLC, filed an appeal from a judgment entered by the 329th District Court of Wharton County, Texas, in cause number 46,918. Appellant has filed a motion to dismiss the appeal on grounds that the parties have settled and fully satisfied the judgment in dispute. Appellant requests that this Court dismiss the appeal.

A certificate of conference was requested but not filed. More than ten days has passed since the filing of the motion and no response has been filed by appellee.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
14th day of August, 2014.